1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH LLP
2  100 First Street, 27th Floor
   San Francisco, California  94105
3  Telephone: (415) 348-6000
   Facsimile:  (415) 348-6001
4
   Attorney for Plaintiffs,
5  BIO-RAD LABORATORIES, INC.,
   and NATIONAL LIABILITY & FIRE
6  INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 BIO-RAD LABORATORIES, INC., a          )   Case No. 3:08-cv-05664-MEJ
   corporation; and NATIONAL LIABILITY    )
   & FIRE INSURANCE COMPANY, a            )
13 corporation;                           )   **STIPULATION FOR DISMISSAL WITH**
                                          )   **PREJUDICE**
14         Plaintiffs,                    )
                                          )   **(FRCP 41(a)(1)(A)(ii))**
15    v.                                  )
                                          )
16 DHL EXPRESS (USA), INC., a corporation;)
   and DOES ONE through TEN,              )
17                                        )
           Defendants.                    )
18                                        )

19

20

21

22

23

24

25

26

27

28

By and through their respective counsel of record, the parties hereby stipulate that the action shall be dismissed with prejudice.

Respectfully submitted,

Date: July 10, 2009

GIBSON ROBB & LINDH LLP

_____
Joshua E. Kirsch
Attorney for Plaintiffs,
BIO-RAD LABORATORIES, INC.,
and NATIONAL LIABILITY & FIRE
INSURANCE COMPANY
jkirsch@gibsonrobb.com

Date: July 7, 2009

SHANE & TAITZ

_____
Robert J. Taitz
Attorney for Defendant
DHL EXPRESS (USA) INC.
rtaitz@shanetaitz.com

IT IS SO ORDERED.

Dated: July 13, 2009

_____
Judge of the U.S. District Court